```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 00524
    WILLIAM RAY FRIES
    BRENDA CARINO FRIES                   CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-6566    SSN XXX-XX-4919
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/11/07 and confirmed on 05/03/07.

2. The case was dismissed after confirmation, 01/30/2009.

3. The Debtor paid a total of $ 75725.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | 51640.12 | .00 | 51640.12 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 14174.00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 14825.00 | 776.59 | 10405.94 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 11175.00 | 506.78 | 9222.08 |
| FORD MOTOR CREDIT CO | UNSECURED | 3487.09 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 4805.67 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 1077.97 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 494.90 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1121.80 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 248.91 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 531.61 | .00 | .00 |
| NICOR GAS | UNSECURED | 501.65 | .00 | .00 |
| ORCHARD BANKCARD SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | 8108.11 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1211.04 | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| RESURCENT CAPITAL SERVIC | UNSECURED | 1023.57 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ROUNDUP FUNDING LLC | UNSECURED | 2368.39 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6921.35 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8590.56 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7252.19 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2810.33 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 905.55 | .00 | .00 |
| WHEATLAND DENTAL CARE | UNSECURED | NOT FILED | .00 | .00 |

```
FORD MOTOR CREDIT CO      UNSECURED       5756.12          .00           .00
FORD MOTOR CREDIT CO      UNSECURED      15145.88          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        240.00          .00           .00
ROUNDUP FUNDING LLC       UNSECURED        239.88          .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED       1414.80          .00           .00
```

Summary of disbursements:

---

|                     | SECURED    | PRIORITY | UNSECURED | OTHER | TOTAL     |
|---------------------|------------|----------|-----------|-------|-----------|
| TOTAL CLMS ALLOWED  | 91814.12   | .00      | 74257.37  | .00   | 166071.49 |
| PRINCIPAL PAID      | 71268.14   | .00      | .00       | .00   | 71268.14  |
| INTEREST PAID       | 1283.37    | .00      | .00       | .00   | 1283.37   |
| TOTAL PAID          | 72551.51   | .00      | .00       | .00   | 72551.51  |

The Debtor's attorney, PETER FRANCIS GERACI    , was allowed $   3000.00
and was paid $   3000.00  direct and $      .00  through the plan.

The Trustee received $   3173.49 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 03/11/09                  /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE